UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KYA EDWARDS,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:15-cv-13017-GAO<br>) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant. | )<br>)<br>)<br>) |

### ORDER OF REMAND UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to remand actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further agency action, it is ordered that this matter be remanded to the Commissioner for further administrative proceedings.

SO ORDERED this 9 day of August, 2016.

_____
GEORGE A. O'TOOLE, JR.
U.S. District Court Judge